IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 5 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01540-BNB

CLARENCE WALKER,

        Plaintiff,

v.

SARGEANT WISCAMB,
DEPUTY KILLIAM,
SARGEANT FIELDS,
DEPUTY GULF, and
SARGEANT ASPINOL,

        Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's "Motion to Proceed" filed on August 14, 2007, is DENIED because Plaintiff has not cured the deficiencies in this action. The account statement submitted by Plaintiff on July 31, 2007, is not certified by a prison official as required pursuant to 28 U.S.C. § 1915(a)(2).

Dated: August 15, 2007

Copies of this Minute Order mailed on August 15, 2007, to the following:

Clarence Walker
Doc# 06-013673
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155

_____
Secretary/Deputy Clerk